■ DAVID WALSH, Respondent, v ODD LOT TRADING CO., INC., et al., Appellants. [619 NYS2d 558] —Order, Supreme Court, New York County (Shirley Fingerhood, J.), entered on or about August 11, 1993, unanimously affirmed for the reasons

stated by Fingerhood, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Kupferman and Asch, JJ.